**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Scott M. Alexander.**
Plaintiff,

v.

**United States Government, et al.,**
Defendants.

**Case No. 1:25-cv-00934-AHA**

**CERTIFICATE OF SERVICE – AMENDED COMPLAINT**

I, Scott M. Alexander, pro se Plaintiff in the above-captioned matter, hereby certify that on May 9, 2025, I served the Amended Complaint and accompanying exhibits on all defendants in this action by United States Postal Service Priority Mail with Certified Mail tracking, addressed to the proper legal offices or officials representing the named defendants.

This service complies with the requirements of Federal Rule of Civil Procedure 5(b)(2)(C), and was made to the same parties previously served with the original complaint and summons.

Respectfully submitted,

**Scott M. Alexander**
scottalexander@comcast.net
856-392-5211
*Pro Se Plaintiff*

**Dated**: May 20, 2025

RECEIVED
MAY 20 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia