**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**SCOTT M. ALEXANDER**,

Plaintiff, Pro Se,

v.

**UNITED STATES GOVERNMENT, et al.,**

Defendants.

**Case No.** 1:25-cv-00934-APM

**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL AMENDMENT (RELIEF-ONLY) (Docket No. 30)**

Plaintiff respectfully notifies the Court that no opposition has been filed in response to his Motion for Leave to File Supplemental Amendment (Relief-Only) (Docket No. 30), which was filed on July 21, 2025. The deadline to respond under LCvR 7(b) expired on August 4, 2025.

Accordingly, Plaintiff respectfully requests that the Court grant the motion as conceded pursuant to Local Civil Rule 7(b).

This notice is filed to preserve the record and to assist the Court in efficiently resolving procedural matters that do not prejudice any party or require resolution of disputed factual issues.

Respectfully submitted,

**/s/ Scott M. Alexander**
Scott M. Alexander
2 2nd Avenue
Haddon Heights, NJ 08035
(856) 392-5211
scottalexander@comcast.net

**Dated:** August 5, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2025, I caused a copy of the foregoing Notice of Non-Opposition to be served via CM/ECF on counsel of record for Defendants.

**/s/ Scott M. Alexander**
Scott M. Alexander