**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**SCOTT M. ALEXANDER,**

Plaintiff,

v. Case No. 1:25-cv-00934-APM

**UNITED STATES, et al.,**

Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY**

Plaintiff respectfully moves for leave to file the attached Sur-Reply in further opposition to Defendants' Motion to Dismiss.

Good cause exists because Defendants' Reply raises (or materially develops) arguments that were not briefed in their opening motion and warrant a short response limited to new matter, including:

1. a newly foregrounded "improper defendants/traceability" theory (asserting that 22 U.S.C. § 2394c duties run only to State/FA.gov);
2. expanded informational-/procedural-standing attacks; and
3. a reframed separation-of-powers/remedy narrative suggesting Plaintiff's relief is intrusive.

The proposed Sur-Reply addresses only these points narrowly and efficiently, clarifies the § 2394c(b)(4) OMB backstop as to traceability/redressability, confirms Akins-style informational

injury and SUWA discreteness, and restates that Plaintiff seeks FY-2023-bounded, APA-limited, equitable relief. See attached Sur-Reply.

The Sur-Reply is capped at $\leq$ 5 pages, raises no new claims, and does not delay any deadline. Granting leave will assist the Court in resolving the motion on a complete and accurate record.

Pursuant to LCvR 7(m), Plaintiff emailed Defendants' counsel on September 26, 2025 at 5:40 p.m. ET to obtain their position on this motion and requested a response by September 28, 2025 at 8:00 a.m. ET. As of filing, no response was received.

Plaintiff respectfully requests that the Court grant leave and accept the attached Sur-Reply for filing.

Filed concurrently with a conditional motion to amend solely as to § 2394c if the Court deems State necessary.

Dated: September 28, 2025

Respectfully submitted,

*/s/ Scott M. Alexander*

Scott M. Alexander (pro se)
2 2nd Avenue
Haddon Heights, NJ 08035
856-392-5211
scottalexander@comcast.net

**CERTIFICATE OF SERVICE**

I certify that on September 28, 2025, I filed the foregoing via CM/ECF, which will notify all counsel of record.

*/s/ Scott M. Alexander*