**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SCOTT M. ALEXANDER,

Plaintiff,

v. Case No. 1:25-cv-00934-APM

UNITED STATES, et al.,

Defendants.

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to File a Sur-Reply, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED; and it is FURTHER ORDERED that Plaintiff's Sur-Reply, attached to the Motion, is accepted for filing.

SO ORDERED.

Dated: ____________, 2025 ______________________

Amit P. Mehta, U.S.D.J.