**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

**SCOTT M. ALEXANDER,**

Plaintiff,

v.                                    **Case No. 1:25-cv-00934-APM**

**UNITED STATES GOVERNMENT, et al.,**

Defendants.

**NOTICE OF NON-OPPOSITION AND REQUEST TO TREAT MOTION AS CONCEDED (LCvR 7(b))**

Plaintiff respectfully advises the Court that no opposition has been filed to Plaintiff's Motion for Leave to File a Sur-Reply (ECF No. 42), filed September 28, 2025. Under LCvR 7(b), an opposition was due within 14 days, as computed under Fed. R. Civ. P. 6(a) and extended by the Court's lapse-of-appropriations standing orders for deadlines falling between October 1 and November 13, 2025. Applying those rules, Defendants' opposition was due on **Monday, December 8, 2025**. No opposition appears on the docket. (LCvR 7(b) provides that "the Court may treat a motion as conceded if the opposing party fails to file a memorandum of points and authorities in opposition to the motion within the prescribed time.")

Accordingly, Plaintiff respectfully requests that the Court treat ECF No. 42 as conceded under LCvR 7(b) and grant leave. A proposed order was previously submitted ECF No. 42-2.

Scott M. Alexander vs U.S. Government                    1:25-cv-00934-APM

Dated: December 9, 2025                         Respectfully submitted,

                                                */s/ Scott M. Alexander*
                                                Scott M. Alexander (pro se)
                                                2 2nd Avenue
                                                Haddon Heights, NJ 08035
                                                856-392-5211
                                                scottalexander@comcast.net


**CERTIFICATE OF SERVICE**


I certify that on December 9, 2025, I filed the foregoing via CM/ECF, which sends notice to all

counsel of record.


                                                */s/ Scott M. Alexander*