UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT M. ALEXANDER,<br><br>　Plaintiff,<br><br>　　v.<br><br>UNITED STATES GOVERNMENT, et al.,<br><br>　Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 25-cv-00934 (APM)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 56, the court grants Defendants' Motion to Dismiss, ECF No. 35, and denies as moot all other pending motions, ECF Nos. 42–44, 48.

This is a final, appealable order.

Dated: January 14, 2026

　　　　　　　　　　　　　　　　　　　　　　　Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge