UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SCOTT M. ALEXANDER,

Plaintiff,

v.

UNITED STATES, et al.,

Defendants.

Civil Action No. 25-0934 (APM)

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S CONFORMING RELIEF-ONLY SECOND  AMENDED COMPLAINT

By and through undersigned counsel, Defendants respectfully move to extend the time to respond to Plaintiff's Conforming Relief-Only Second Amended Complaint, ECF No. 58-10. Per the Minute Order of the Court dated March 20, 2026, an answer or response to the Conforming Relief-Only Second Amended Complaint is due on May 4, 2026.  Defendants request a thirty-day extension to answer or respond, until June 3, 2026.  This is Defendants' second request for an extension of the deadline for an answer to the Conforming Relief-Only Second Amended Complaint.

 Pursuant to Local Civil Rule 7(m), undersigned counsel consulted with the pro se Plaintiff regarding the relief requested in this motion.  Plaintiff opposes the requested relief.  Nonetheless, good cause supports granting this extension.

### BACKGROUND

Plaintiff filed his original complaint on March 24, 2025 (ECF No. 1), seeking to file a class action lawsuit on behalf of 81,000,000 taxpayers for purported unauthorized appropriations in Fiscal Year 2023.  Plaintiff named as Defendants the United States Government, the Department of the Treasury, Scott Bessent, the Secretary of the Treasury, the Office of

Management and Budget, the United States Congress, the United States Agency for International Development, and Marco A. Rubio, in his official capacity as Acting Administrator of the United States Agency for International Development. *Id.* Plaintiff filed an amended complaint, ECF No. 8, on May 7, 2025, leading Defendants to file a motion to dismiss on August 29, 2025 (ECF No. 35). On January 14, 2026, this Court granted Defendants' motion to dismiss on January 14, 2026. ECF Nos. 56, 57.

Plaintiff thereafter filed a motion to alter or amend the judgment per Rule 59(e) (ECF No. 58) and requested that the Court grant him leave to file his Conforming Relief-Only Second Amended Complaint, attached to his motion (ECF No. 58-10). Defendants opposed the motion to alter or amend judgment (ECF No. 59). The Court ordered Defendants to file a supplemental brief addressing whether Plaintiff has informational standing to assert Counts I and II of his Conforming Relief-Only Second Amended Complaint. *See* Minute Order dated February 3, 2026. After Defendants submitted their supplemental brief, the Court issued its March 6, 2026 order, finding that Plaintiff had informational standing to proceed on Count I of Plaintiff's Conforming Relief-Only Second Amended Complaint.

Plaintiff's Conforming Relief-Only Second Amended Complaint claims his injury is informational and that he has been denied "access to statutorily required public information and the inability to evaluate [the] legality of FY 2023 ESF-Ukraine obligations…" ECF No. 58-10 at 3. Count I alleges a violation of the Administrative Procedure Act, § 706(1), agency action unlawfully withheld: Defendants' purported failure to "make required §2394c transparency items publicly available for FY 2023 ESF-Ukraine obligations…." *Id*. This Act, the Foreign Aid Transparency and Accountability Act of 2016 requires the Department of State to make publicly available information regarding foreign aid on its website: ForeignAssistance.gov.

Undersigned counsel has been consulting with the Department of State regarding the website and FY 2023 ESF-Ukraine obligations.  The Department is in the process of reviewing the 57 ESF-Ukraine transactions for FY 23 and related information that has been provided, to properly respond to the Conforming Relief-Only Second Amended Complaint's allegation of non-compliance in Count I.  This has been a very time-consuming and arduous process for the Department, which is dealing with staffing shortages.

Nonetheless, additional information has been uploaded to the ForeignAssistance.gov website and the review is continuing.  The Government is endeavoring to provide more information to the website by the end of May, in the hopes of this matter potentially mooting out. The Government desires to continue its review prior to responding to the Conforming Relief-Only Second Amended Complaint

## ARGUMENT

"When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1). "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "District courts enjoy broad discretion when deciding case management and scheduling matters." *McGehee v. Dep't of Just.*, 362 F. Supp. 3d 14, 18 (D.D.C. 2019).

Good grounds exist for the granting of this motion pursuant to Fed. R. Civ. P. 6(b)(1) as follows.

First, the Department of State has been in the process of reviewing the 57 ESF-Ukraine transactions and the information provided on the website to analyze compliance with the reporting requirements of §2394c.  Until that is complete, a proper response to the Conforming

Relief-Only Second Amended Complaint cannot be provided.  The review of the numerous transactions and information is a complex and time-consuming process and involves analysis of inter-agency transfer of records and information, including, for example, information from the United States Agency for International Development.  The amount related to the 57 ESF-Ukraine obligation for FY 23 exceeds $15 billion dollars.  Simply put, the State Department requests more time to review information related to the transactions to determine compliance with §2394c.

Second, undersigned counsel, as with all Assistant United States Attorneys in the Civil Division, has an extremely active and burdensome litigation docket, which makes it extremely difficult to timely meet all filing deadlines.  Counsel, over the last two weeks, was assigned to respond to two emergency duty matters, and last week was required to research and prepare two motions for summary judgment in two complex cases.

This request is not made for the purpose of delay but to ensure that the Defendants can file a proper response to the Conforming Relief-Only Second Amended Complaint, and that the Court is provided with accurate information.  Defendants posit that Plaintiff will not be prejudiced by the granting of this motion, as the matter involves foreign aid information from Fiscal Year 2023.

Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording the Government a reasonable period of time to review a wealth of material and prepare a response to the Conforming Relief-Only Second Amended Complaint for the Court's consideration.

WHEREFORE, Defendants respectfully request that the date to answer or otherwise respond to the Conforming Relief-Only Second Amended Complaint be extended through and

including June 3, 2026.  A proposed order is enclosed herewith.

Dated: May 4, 2026                              Respectfully submitted,
       Washington, DC

                                                JEANINE FERRIS PIRRO
                                                United States Attorney


                                                By: _____ /s/ Thomas W. Duffey _____
                                                    THOMAS W. DUFFEY
                                                    Assistant United States Attorney
                                                    601 D Street, NW
                                                    Washington, DC 20530
                                                    (202) 252-2510

                                                *Attorneys for the United States of America*


## CERITIFCATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing is being served upon the upon the pro se Plaintiff via the CM/ECF System this date.

                                                */s/ Thomas W. Duffey*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SCOTT M. ALEXANDER,

Plaintiff,

v.

UNITED STATES, et al.,

Defendants.

Civil Action No. 25-0934 (APM)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion for an extension of time to answer or otherwise respond to Plaintiff's Conforming Relief-Only Second Amended Complaint, and for good cause shown, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including June 3, 2026, to file an answer or otherwise respond to Plaintiff's Conforming Relief-Only Second Amended Complaint.

SO ORDERED:

_____
Dated

_____
AMIT P. MEHTA
United States District Judge

- 6 -