UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT M. ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>Defendants. | Civil Action No. 25-0934 (APM) |

### DEFENDANT UNITED STATES' ANSWER TO THE
### CONFORMING RELIEF- ONLY SECOND  AMENDED COMPLAINT

Defendant, the United States, by and through undersigned counsel, respectfully submits the following answer to the Conforming Relief-Only Second Amended Complaint, ECF No. 58-10 ("Complaint"), filed by Plaintiff Scott M. Alexander in this Administrative Procedure Act ("APA") action. All allegations not specifically admitted, denied, or otherwise responded to below are hereby denied. Defendant respectfully refers the Court to all referenced external documents and statutes in the Complaint as the best evidence of their contents.  Defendant reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the complaint become known to the Defendant through the course of this litigation.

Plaintiff's complaint does not comply with Fed. R. Civ. P. 10(b), which requires claims to be made in separate numbered paragraphs, making the formulation of an answer difficult.  Further, pursuant to the order of this Court in response to Plaintiff's motion to alter or amend the judgment (ECF No. 65), the Court reinstated only Count I of the Complaint.  Thus, Defendant will respond only to Count I and not to Counts II and III.

### RESPONSES TO PARAGRAPHS

Since the Complaint is not organized into separate numbered paragraphs, Defendant will respond

- 1 -

to the separate paragraphs and prayer for relief contained in the Complaint as set out below, following the paragraph headings provided by Plaintiff.  Moreover, to the extent that the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, such references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action.

Defendant responds to the paragraphs of the Complaint as follows:

## INTRODUCTION

This introductory paragraph contains Plaintiff's reasons for submitting his "proposed Conforming Relief-Only Second Amended Complaint" and Plaintiff's characterization of this action.  The paragraph does not make allegations against the Defendant and only describes the relief Plaintiff is seeking.  Accordingly, this paragraph requires no response.

## JURISDICTION AND VENUE

These paragraphs assert conclusions of law as to jurisdiction to which no response is required.  To the extent a response is required, Defendant admits that this Court has subject matter jurisdiction subject to the terms and limitations of the APA.  This paragraph also consists of legal conclusions regarding venue, to which no response is required.  To the extent a response is required, Defendants admit that venue lies in this District.

## PARTIES

Defendant is without knowledge or information sufficient to form a belief as to Plaintiff's allegations regarding himself.  The second line of this paragraph contains conclusions of law to which no response is required.

## FACTUAL BACKGROUND

Defendant admits that Economic support funds were obligated for Ukraine during fiscal year

- 2 -

("FY") 23.

The second paragraph consists of conclusions of law, not allegations of fact, to which no response is required.  To the extent a response is deemed required, Defendant respectfully refers the Court to 22 U.S.C. § 2394c and 31 U.S.C. § 1351 for a complete and accurate statement of their contents and denies any allegations inconsistent therewith.

The third paragraph consists of conclusions of law, not allegations of fact, to which no response is required.  To the extent a response is deemed required, Defendant admits that during a portion of 2025, certain materials linked on the foreignassistance.gov webpage relevant to obligations of ESF funds for Ukraine during FY 2023 became inaccessible because the usaid.gov webpage hosting the materials was taken down.

The fourth paragraph consists of Plaintiff's characterization of his claimed injury and contains conclusions of law, to which no response is required.

The fifth paragraph contains Plaintiff's claim for relief to which no response is required.  To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief requested.

## CLAIMS FOR RELIEF

Count I (APA) § 706(1) – Agency Action Unlawfully Withheld: 22 U.S.C. § 2394c Transparency Items.

Defendant repeats its answer to the paragraphs above as though fully set forth herein. The allegations in this paragraph contain legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant respectfully refers the Court to 22 U.S.C. § 2394c and 5 U.S.C. § 706(1) for a complete and accurate statement of their contents and denies any allegations inconsistent therewith.

## PRAYER FOR RELIEF

The remainder of the Complaint beginning with PRAYER FOR RELIEF on page 5 of the Complaint and containing subparagraphs A-F contains Plaintiff's request for relief, to which no response

is required.  To the extent that a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

In further response to the Complaint, Defendants raise the following defenses.  Defendant respectfully reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

## FIRST DEFENSE

Plaintiff is not entitled to any relief beyond what is provided in the Administrative Procedure Act.

## SECOND DEFENSE

Defendant denies that any of its actions were arbitrary and capricious.

## THIRD DEFENSE

This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceeds the relief authorized by the Administrative Procedure Act.

## FOURTH DEFENSE

At all times alleged in the Complaint, Defendant acted in good faith, with justification, and pursuant to authority.

## FIFTH DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

Dated: May 15, 2026                                Respectfully submitted,
       Washington, DC

                                           JEANINE FERRIS PIRRO
                                           United States Attorney

- 5 -

By: _____*/s/ Thomas W. Duffey*_____
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*

## CERITIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing is being served upon the pro se Plaintiff via the CM/ECF System this date.

*/s/ Thomas W. Duffey*